In the Matter of the Claim of SADIE LEVEY, Respondent, against LEO NEWMAN'S THEATRE TICKET OFFICE et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued June 6, 1946; decided July 23, 1946.

*Bernard F. Farley* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Roy Wiedersum* and *Frederic J. Wood* of counsel), for respondent.

Order affirmed, with costs to Workmen's Compensation Board; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.